UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LAWRENCE SILAS BILLITER,

        Defendant.

Case: 4:23-mj-30452
Judge: Ivy, Curtis
Filed: 11-13-2023
REM USA v BILLITER (sk)

## GOVERNMENT'S PETITION FOR REMOVAL OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

      Pursuant to Rule 5 of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order holding defendant, Lawrence Silas Billiter, to answer to charges pending in another federal district, and states:

      1.    On November 13, 2023, defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the District of Columbia based on a complaint. Defendant is charged in that district with 18 U.S.C. § 111(a)(l) and (b) - Assaulting, Resisting, or Impeding Certain Officers; 18 U.S.C. § 23l(a)(3)- Civil Disorder; 18 U.S.C. § 1752(a)(l) - Entering and Remaining in a Restricted Building or Grounds; 18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds; 18 U.S.C. § 1752(a)(4)- Engaging in Physical Violence in a Restricted Building or Grounds;

40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building; 40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings; and 40 U.S.C. § 5104(e)(2)(G) - Parading, Picketing, and Demonstrating in a Capitol Building.

2.   Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant described in Paragraph One above.   See Fed. R. Crim. P. 5(c)(3).

WHEREFORE, the government requests this Court to conduct removal proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

DAWN N. ISON
United States Attorney

Date:   November 13, 2023

s/ NANCY A. ABRAHAM
Assistant U.S. Attorney
600 Church Street, Ste. 210
Flint, MI 48502
(810) 766-5177